UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 13mj2045-MBB |
| ) | |
| One United States Postal Service Express ) | |
| Mail Package Bearing Tracking Number ) | |
| EI977753633US Addressed to Carmen ) | |
| Vazquez, 16 Goodwin Street, Indian ) | |
| Orchard, MA 01104 and Bearing a Return ) | |
| Address of David Onell Jamie Rodriguez, ) | |
| #128 URB Santa Pala, Guaynabo, PR 00969) | |

MOTION TO UNSEAL
APPLICATION FOR SEARCH WARRANT
SEARCH WARRANT AFFIDAVIT
SEARCH AND SEIZURE WARRANT AND
<u>SEARCH WARRANT RETURN</u>

The United States Attorney through the undersigned Assistant U.S. Attorney moves to unseal the above-captioned search warrant application, affidavit and any orders or other documents associated with the application. It is no longer necessary to maintain the documents under seal since the warrants have been executed, and the matter is being referred to the state court for prosecution.

Respectfully submitted,

CARMEN ORTIZ
United States Attorney

By: _____
Theodore Heinrich
Assistant U.S. Attorney
Date:   September 5, 2013

[Handwritten margin note: September 11, 2013. Allowed. Marianne B. Bowler, USMJ]